# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| TRAVIS A. WOODS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>OFFICER WARNOCK, JOSH ADCOCK, CAPTAIN MICHAEL KEENE, and MARK ELKINS,<br><br>　　　　Defendants. | Civil Action 7:09-CV-105 (HL) |

## ORDER

The Recommendation (Doc. 20) of United States Magistrate Judge Thomas Q. Langstaff, entered November 3, 2010, is before the Court. The Magistrate Judge recommends that this case be dismissed pursuant to Fed. R. Civ. P. 41(b) for lack of prosecution by Plaintiff. Plaintiff has not filed a written objection to the Recommendation, as permitted by 28 U.S.C. § 636(b)(1). The Court has reviewed the Recommendation and finds no clear error in the Magistrate Judge's decision. Accordingly, the Court accepts and adopts the Recommendation (Doc. 20), and this case is dismisssed. The Motion to Dismiss (Doc. 17) filed by Defendants is denied as moot.

**SO ORDERED**, this the 30th day of November, 2010.

　　　　　　　　　　　　　　　　*s/　Hugh Lawson*
　　　　　　　　　　　　　　　　**HUGH LAWSON, SENIOR JUDGE**

mbh